## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **DANIEL JARAMILLO,** § | |
| § | |
| *Plaintiff,* § | |
| **v.** § | |
| § | |
| **TXU ENERGY, EQUIFAX** § | **EP-20-CV-00115-DCG** |
| **INFORMATION SERVICES LLC,** § | |
| **EXPERIAN INFORMATION** § | |
| **SOLUTIONS, INC.,** § | |
| § | |
| *Defendants.* § | |

## ORDER DISMISSING PLAINTIFF'S CASE
## AGAINST DEFENDANT TXU ENERGY WITH PREJUDICE

Plaintiff Daniel Jaramillo and Defendant TXU Energy filed a Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 44. In view thereof, the Court issues the following orders:

The Court **ORDERS** that all claims asserted by Plaintiff Daniel Jaramillo in this action against Defendant TXU Energy are **DISMISSED WITH PREJUDICE**.

The District Clerk shall **TERMINATE** Defendant TXU Energy from this case. The case shall otherwise remain stayed and administratively closed.

**So ORDERED and SIGNED this 16th day of November 2022.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE